IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **TERRY E. SHOTTS**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. **07-357-DRH** |
| | ) | |
| **EDDIE JONES,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is petitioner's Motion to Restrict Public Access and to Seal. **(Doc. 28)**.

On August 28, 2007, the court entered an order which stated, in part, "All documents filed in this case shall refer to the minor victims and/or minor witnesses by their initials only. If it is necessary to file an exhibit which contains the full name of a minor victim or witness, the party filing the exhibit shall also file a motion to seal." **See, Doc. 24.**

Petitioner seeks an order sealing his reply and exhibits thereto. While the exhibits contain the names of minors, the reply does not. Therefore, the reply need not be sealed.

Upon consideration and for good cause shown, petitioner's Motion to Restrict Public Access and to Seal **(Doc. 28)** is **GRANTED in part as follows:**

The exhibits to petitioner's reply shall be filed under seal, but the reply itself shall not.

**IT IS SO ORDERED.**

DATE: October 17, 2007.

                                                    **s/ Clifford J. Proud**
                                                    **CLIFFORD J. PROUD**
                                                    **U.S. MAGISTRATE JUDGE**