IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TERRY E. SHOTTS**, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. **07-357-DRH** |
| ) | |
| **KEITH ANGLIN,** ) | |
| ) | |
| Respondent. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, petitioner's Motion for Substitution **(Doc. 47)** is **GRANTED**.

Keith Anglin, Acting Warden of Danville Correctional Center, is ordered substituted as respondent herein.

**IT IS SO ORDERED.**

**DATE: November 7, 2008.**

                                                    **s/ Clifford J. Proud**
                                                    **CLIFFORD J. PROUD**
                                                    **U.S. MAGISTRATE JUDGE**