IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TERRY E. SHOTTS,**

Petitioner,

v.

**JOHN EVANS, Warden,**
**Big Muddy River Correctional Center,**

Respondent.                                                                  No. 07-357-DRH

**ORDER**

**HERNDON, Chief Judge:**

Before the Court is Respondent John Evans' motion for extension of time in which to file a response to petitioner's objections (Doc. 61). Evans seeks a thirty-day extension in which to file a response to Petitioner's objections to Magistrate Judge Proud's Report and Recommendation ("R&R"). Evans argues that he needs additional time in which to file a response because Petitioner has filed a twenty-seven page objection to the R&R and because Evans' counsel has recently been assigned to the case and is not familiar with the record. Evans' argues that his counsel needs additional time to familiarize himself with the record in order to file a response.

Based on the reasons in the motion, Respondent's motion for extension of time (Doc. 61) is **GRANTED**. Evans will have up to and including **August 10, 2009** in which to file his response to Petitioner's objections.

        **IT IS SO ORDERED.**

        Signed this 1st day of July, 2009.

        /s/ David R Herndon
        **Chief Judge**
        **United States District Court**