IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TERRY E. SHOTTS,**

**Petitioner,**

**v.**

**JOHN EVANS,**

**Respondent.**                                                                 **No. 07-357-DRH**

### ORDER

**HERNDON, Chief Judge:**

Before the Court is Petitioner Terry E. Shotts' request to resubmit exhibit (B) (Doc. 76). Petitioner asks that he be allowed to resubmit Exhibit B as it is now in compliance with the Court's Order that all names associated with minors be redacted, leaving only the individual's initials. Petitioner states that he has complied with that policy by blackening out the name of the minor and leaving only the initials. Therefore, the Court **GRANTS** Petitioner's request to resubmit Exhibit (B) (Doc. 76). Petitioner may file the redacted version of Exhibit B.

**IT IS SO ORDERED.**

Signed this 15th day of September, 2009.

/s/     *DavidRHerndon*
**Chief Judge**
**United States District Court**