IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TERRY E. SHOTTS,**

**Petitioner,**

**v.**

**JOHN EVANS, Warden,**
**Big Muddy River Correctional Center,**

**Respondent.**                                              No. 07-357-DRH

ORDER

**HERNDON, Chief Judge:**

Before the Court is a Motion to Restrict Public Access (Doc. 98) filed by Respondent John Evans. Specifically, Respondent seeks to seal several exhibits related to Document 18, Respondent's Answer, which include the full name of the minor victims in Petitioner's criminal case.[1] Respondent states that the Seventh Circuit noted the discrepancy which lead to Respondent moving to have the portions sealed on the record before the Seventh Circuit, which was granted, but that the Seventh Circuit noted the documents remained publicly available on this Court's docket. Respondent now asks that the same documents be sealed in this case. Based on the reasons in the motion, the Court **GRANTS** Respondent's motion to restrict public access (Doc. 98). The Court **ORDERS** Exhibits For Answers to

---

[1] Respondent seeks to seal several exhibits to Doc. 18 including
Doc. 18-3 & Doc. 18-4: Petition for Postconviction Relief, *People v. Shotts*, No. 91 CF 13;
Doc. 18-6, 18-7, & 18-8: Petition for Leave to Appeal, *People v. Shotts*, No. 78150;
Doc. 18-20 & Doc. 18-21: Appellant's Brief, *People v. Shotts*, No. 4-05-0916;
Doc. 18-26 & 18-27: Appellant's Petition for Rehearing, *People v. Shotts*, No. 4-05-0916; and
Doc. 18-28, 18-29, & 18-30: Petition for Leave to Appeal, *People v. Shotts*, No. 103348.

Complaint Habeas Petition (Doc. 18) to be **SEALED** in order to protect the identities of the minor victims.

**IT IS SO ORDERED.**

Signed this 1st day of July, 2010.

/s/  David R Herndon

**Chief Judge
United States District Court**